STATE OF NEW JERSEY v. RUGGERIO BOIARDO.

IN THE MATTER OF THE APPLICATION OF ROBIN
GOLDSTEIN RE: SUBPOENA.

April 25, 1980.

ORDERED that the motion of Robin Goldstein for leave to appeal is granted; and it is further

ORDERED that the April 14, 1980 order of the Superior Court, Law Division, compelling said Robin Goldstein to produce certain documents for *in camera* inspection by the trial court, is hereby reversed without prejudice to the right of any defendant to make further application for such inspection upon the filing of the opinion of this Court in the within matter.

Justice SCHREIBER would modify the order of the trial court and, as modified, affirm.

STATE OF NEW JERSEY v. JOSE M. BATTLE, JR.

April 29, 1980.

Leave to appeal is granted and the matter is remanded to the Appellate Division for consideration on the merits, subject, however, to the condition that Raymond M. Brown, Esq., pay to the Clerk of this Court within ten (10) days of the filing date of this order, a personal sanction of $250, not chargeable to his client or disbursed from a law firm account.